1258

COM.

v.

**CLIETT, M.**

**187 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–51–CR–0013972–2011 (Philadelphia)

Affirmed

COM.

v.

**DAVIS, A.**

**300 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–51–CR–0006327–2007 (Philadelphia)

Affirmed

COM.

v.

**SIMPKINS, S.**

**742 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–51–CR–0013143–2014, (Philadelphia)

Affirmed

COM.

v.

**JENNINGS, R.**

**1022 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–51–CR–1207761–2004 (Philadelphia)

Affirmed

COM.

v.

**GONZALEZ, M.**

**1486 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–09–CR–0002598–2013 (Bucks)

Affirmed

COM.

v.

**ROSADO, N.**

**2074 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–48–CR–0002899–2001 (Northampton)

Affirmed